**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WEI YUNG CHONG,

                Plaintiff,                24 **CIVIL** 3351

     -v-                      **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 13, 2024, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings, including a new hearing and decision. Further, the administrative law judge will be instructed to re-evaluate the medical opinion evidence in the record and re-evaluate the claimant's symptoms pursuant to the Commissioner's regulations.

**Dated:** New York, New York
           December 16, 2024

                                                            **TAMMI M. HELLWIG**
                                                              **Clerk of Court**

                                **BY:**        *K. Mango*
                                                                **Deputy Clerk**